# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00459-CV

**J. E., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-14-007208, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 20, 2018. On August 22, 2018, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by September 4, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:  September 14, 2018